**2016–1612.  Stepp v. Medina City School Dist. Bd. of Edn.**
Medina App. Nos. 15CA0071–M and 15CA0073–M, 2016-Ohio-5875. Reported at 149 Ohio St.3d 1419, 2017-Ohio-4038, 75 N.E.3d 236. On appellees' motions for reconsideration. Motions denied.
  O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.

**2016–1784.  State v. Garner.**
Lake App. No. 2016–L–041, 2016-Ohio-5785. Reported at 149 Ohio St.3d 1407, 2017-Ohio-2822, 74 N.E.3d 465. On appellant's motion for reconsideration. Motion denied.

**2016–1806.  Stepp v. Medina City School Dist. Bd. of Edn.**
Medina App. Nos. 15CA0071–M and 15CA0073–M, 2016-Ohio-5875. Reported at 149 Ohio St.3d 1420, 2017-Ohio-4038, 75 N.E.3d 237. On appellants' motion for reconsideration. Motion denied.
  O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.

**2016–1819.  State ex rel. Thomas v. Sheldon.**
Allen App. No. 1–16–26, 2016-Ohio-7642. Reported at 149 Ohio St.3d 1408, 2017-Ohio-2822, 74 N.E.3d 465. On appellant's motion for reconsideration. Motion denied.
  FISCHER, J., not participating.

**2017–0005.  Angus v. Angus.**
Franklin App. Nos. 15AP–655 and 15AP–693, 2016-Ohio-7789. Reported at 149 Ohio St.3d 1408, 2017-Ohio-2822, 74 N.E.3d 465. On appellant's motion for reconsideration. Motion denied.

**2017–0111.  State v. Walker.**
Richland App. No. 09CA88, 2016-Ohio-8615. Reported at 149 Ohio St.3d 1420, 2017-Ohio-4038, 74 N.E.3d 237. On appellant's motion for reconsideration. Motion denied.

**2017–0146.  State v. Runyon.**
Butler App. No. CA2016–06–120, 2016-Ohio-8230. Reported at 149 Ohio St.3d 1409, 2017-Ohio-2822, 74 N.E.3d 466. On appellant's motion for reconsideration. Motion denied.